UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 18-cr- 0328-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    OMAR CHAVEZ-GUTIERREZ,
    a.k.a. "Tlacuache," "Manny," and "Menny,"
2.    LAURA LYNN JARAMILLO,
3.    JOSE RODOLFO-PENA,
    a.k.a. "Damian,"
4.    FIRST NAME UNKNOWN LAST NAME UNKNOWN,
    a.k.a. "UM-0583"
5.    REIDESEL LOPEZ-PARADA,
    a.k.a. "Rey,"
6.    MICHAEL BENITEZ-LOPEZ,
    a.k.a. "Mikey," and "Money Mike,"
7.    CESAR OSVALDO GAMEZ-VERDUGO,
8.    ANA CYNTIA RODRIGUEZ CHAVIRA,
9.    JENNY BUSTILLOS-HERNANDEZ,
10.    ALFREDO NAVARRETE-MOLINA,
11.    MARTIN JUAREZ-VERA,
12.    LOVEY CAMPANELLA,
13.    JOSE MORENO-HERRERA,
    a.k.a. "UM-8605,"

      Defendants.

_____

**INDICTMENT**

**CHARGING STATUTES**

18 U.S.C. § 2
18 U.S.C. § 1952(a)(3)(A)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853(a)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)(II)
21 U.S.C. § 841(b)(1)(B)(ii)(II)
21 U.S.C. § 841(b)(1)(C),

1

21 U.S.C. §§ 843(b) and 843(d)
21 U.S.C. § 846
31 U.S.C. § 5332(a)(1)

---

## COUNT ONE

On or about and between March 1, 2017, and April 1, 2018, both dates being

approximate and inclusive, within the State and District of Colorado and elsewhere, the

defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny,"

LAURA LYNN JARAMILLO, JOSE RODOLFO-PENA, a.k.a. "Damian," FIRST NAME

UNKNOWN LAST NAME UNKNOWN, a.k.a. "UM-0583," REIDESEL LOPEZ-PARADA,

a.k.a. "Rey," MICHAEL BENITEZ-LOPEZ, a.k.a. "Mikey," CESAR OSVALDO GAMEZ-

VERDUGO, ANA CYNTIA RODRIGUEZ CHAVIRA, JENNY BUSTILLOS-

HERNANDEZ, ALFREDO NAVARRETE-MOLINA, MARTIN JUAREZ-VERA, LOVEY

CAMPANELLA, JOSE MORENO-HERRERA, a.k.a. "UM-8605," and others both known

and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute, or

possess with the intent to distribute one or more of the following Controlled Substance:

(1) 5 kilograms or more of a mixture or substance containing a detectable amount of

cocaine, a Schedule II Controlled Substance; (2) 500 grams or more but less than 5

kilograms of a mixture or substance containing a detectable amount of cocaine, a

Schedule II Controlled Substance and (3) less than 500 grams of mixture or substance

containing a detectable amount of cocaine, a Schedule II Controlled Substance. All in

violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II),

841(b)(1)(B)(ii)(II), 841(b)(1)(C), and 846.

**COUNT TWO**

On or about July 30, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and LAURA LYNN JARAMILLO did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment. All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

**COUNT THREE**

On or about August 4, 2017, within the State and District of Colorado and elsewhere, the defendant LAURA LYNN JARAMILLO did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count One of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity. All in violation of Title 18, United States Code, Section1952(a)(3)(A).

**COUNT FOUR**

On or about August 4, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," JOSE RODOLFO-PENA, a.k.a. "Damian," and LAURA LYNN JARAMILLO did knowingly or intentionally distribute and possess with the intent to distribute 5 kilograms

3

or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel,

command, induce or procure the same. All in violation of Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about August 6, 2017, within the State and District of Colorado, the

defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny,"

and JOSE RODOLFO-PENA, a.k.a. "Damian," did knowingly or intentionally use a

communications device, specifically a telephone, in committing, or in causing or

facilitating the commission of, a felony delineated in Title 21 of the United States Code,

specifically the crime alleged in Count One of this Indictment. All in violation of Title 21,

United States Code, Sections 843(b) and 843(d).

## COUNT SIX

On or about August 31, 2017, within the State and District of Colorado, the

defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny,"

and FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-0583" did

knowingly or intentionally use a communications device, specifically a telephone, in

committing, or in causing or facilitating the commission of, a felony delineated in Title 21

of the United States Code, specifically the crime alleged in Count One of this

Indictment.  All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SEVEN

On or about August 31, 2017, within the State and District of Colorado, the

defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny,"

and REIDESEL LOPEZ-PARADA, a.k.a. "Rey," did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment. All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT EIGHT

On or about September 1, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and MICHAEL BENITEZ-LOPEZ, a.k.a. "Mikey," did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment. All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT NINE

On or about September 1, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and CESAR OSVALDO GAMEZ-VERDUGO did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.  All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TEN

On or about September 1, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," FIRST NAME UNKNOWN LAST NAME UNKNOWN,  a.k.a. "UM-0583" MICHAEL BENITEZ-LOPEZ, a.k.a. "Mikey," REIDESEL KOPEZ-PARADA, a.k.a. "Rey," and CESAR OSVALDO GAMEZ-VERDUGO, did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about September 2, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and JENNY BUSTILLOS-HERNANDEZ did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment. All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWELVE

On or about September 2, 2017, within the State and District of Colorado and elsewhere, the defendants JENNY BUSTILLOS-HERNANDEZ  and ANA CYNTIA RODRIGUEZ CHAVIRA did travel in interstate commerce with the intent to promote,

manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically conspiracy to distribute or possess with the intent to distribute narcotics as alleged in Count One of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846. All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT THIRTEEN

On or about September 5, 2017, within the State and District of Colorado, the defendants CESAR OSVALDO GAMEZ-VERDUGO, with the intent to evade a currency reporting requirement under section 31 U.S.C. § 5316, knowing concealed more than $10,000.00 in currency in a conveyance, specifically a vehicle, and attempted to transport the currency from a place within the United States to a place outside of the United States. All in violation of Title 31, United States Code, Section 5332(a)(1).

## COUNT FOURTEEN

On or about September 26, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and MARTIN JUAREZ-VERA did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment. All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FIFTEEN

On or about September 26, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and ALFREDO NAVARRETE-MOLINA did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment. All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SIXTEEN

On or about September 25, 2017, the defendant ALFREDO NAVARRETE-MOLINA did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically conspiracy to distribute or possess with the intent to distribute narcotics as alleged in Count One of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846.  All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT SEVENTEEN

On or about September 26, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," JOSE RODOLFO-PENA, a.k.a. "Damian," ALFREDO NAVARRETE-MOLINA, REIDESEL LOPEZ-PARADA, a.k.a. "Rey," and MARTIN JUAREZ-VERA did knowingly

or intentionally distribute and possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN

On or about September 29, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and JOSE RODOLFO-PENA, a.k.a. "Damian," with the intent to evade a currency reporting requirement under section 31 U.S.C. § 5316, knowing concealed more than $10,000.00 in currency in a conveyance, specifically a vehicle, and attempted to transport the currency from a place within the United States to a place outside of the United States and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.  All in violation of Title 31, United States Code, Section 5332(a)(1) and Title 18, United States Code, Section 2.

## COUNT NINETEEN

On or about September 30, 2017, within the State and District of Colorado and elsewhere, the defendants JENNY BUSTILLOS-HERNANDEZ and ANA CYNTIA RODRIGUEZ CHAVIRA did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically conspiracy to distribute or possess with the intent to distribute narcotics as alleged in Count One of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish,

carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846. All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

**COUNT TWENTY**

On or about September 30, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," JOSE RODOLFO-PENA, a.k.a. "Damian," JENNY BUSTILLOS-HERNANDEZ, ANA CYNTIA RODRIGUEZ CHAVIRA and MARTIN JUAREZ-VERA, did knowingly or intentionally distribute and possess with the intent to distribute less than 500 grams of mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT TWENTY-ONE**

On or about November 1, 2017, within the State and District of Colorado, the defendants JENNY BUSTILLOS-HERNANDEZ and ANA CYNTIA RODRIGUEZ CHAVIRA, with the intent to evade a currency reporting requirement under section 31 U.S.C. § 5316, knowing concealed more than $10,000.00 in currency in a conveyance, specifically a vehicle, and attempted to transport the currency from a place within the United States to a place outside of the United States and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same. All in violation of Title 31, United States Code, Section 5332(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-TWO

On or about January 20, 2018, within the State and District of Colorado and elsewhere, the defendant LOVEY CAMPANELLA did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity in violation of Title 21, United States Code, Sections 841(a)(1) and 846. All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT TWENTY-THREE

On or about January 20, 2018, within the State and District of Colorado, the defendant LOVEY CAMPANELLA did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

## COUNT TWENTY-FOUR

On or about February 4, 2018, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and JOSE MORENO-HERRERA, a.k.a. "UM-8605" did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of, a felony delineated in Title 21 of the United States Code,

11

specifically the crime alleged in Count One of this Indictment. All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT TWENTY-FIVE

On or about February 5, 2018, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and JOSE MORENO-HERRERA, a.k.a. "UM-8605," did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly and intentionally aid, abet, counsel, command, induce or procure the same. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Twenty-Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of the violations alleged in Counts One through Twenty-Five of this Indictment, including violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II), 841(b)(1)(C), 843(d) and 846, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," LAURA LYNN JARAMILLO, JOSE RODOLFO-PENA, a.k.a. "Damian," FIRST NAME UNKNOWN LAST NAME UNKNOWN, a.k.a. "UM-0583," REIDESEL LOPEZ-PARADA, a.k.a. "Rey," MICHAEL BENITEZ-LOPEZ, a.k.a. "Mikey," CESAR OSVALDO GAMEZ-VERDUGO, ANA

CYNTIA RODRIGUEZ CHAVIRA, JENNY BUSTILLOS-HERNANDEZ, ALFREDO NAVARRETE-MOLINA, MARTIN JUAREZ-VERA, LOVEY CAMPANELLA, JOSE MORENO-HERRERA, a.k.a. "UM-8605," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to:

1.   A money judgment in the amount of $2,000,000.00 obtained by the conspiracy and by the defendants, for which the defendants are joint and severally liable;

2.   $149,000.00 seized on September 5, 2017, from defendant Cesar Osvaldo Gamez-Verdugo;

3.   $124,000.00 seized on September 29, 2017, from Joshua Baray;

4.   $54,900.00 seized on November 1, 2017, from defendants Jenny Bustillos-Hernandez and Ana Cyntia Rodriguez Chavira;

If any of the property described above, as a result of any act or omission of the defendant(s);

1.   cannot be located upon the exercise of due diligence;

2.   has been transferred or sold to, or deposited with, a third party;

3.   has been placed beyond the jurisdiction of the Court;

4.   has been substantially diminished in value; or

5.   has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982, to seek

forfeiture of any other property of said defendant[s] up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853.

A TRUE BILL

Ink signature on file in Clerk's Office
FOREPERSON

APPROVED:

Robert C. Troyer
United States Attorney
District of Colorado

By: s/Stephanie Podolak
Stephanie Podolak
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Telephone (303) 454-0309
Fax (303) 454-0401
Stephanie.podolak@usdoj.gov
Attorney for the Government